In the Matter of the Petition of NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, to Acquire Title to Lands of SOLOMON SCHEU et al.

(Argued March 17, 1885 ; decided March 24, 1885.)
*James M. Humphrey* for appellants.

*John G. Milburn* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.